## JOHNSON v. STATE.
### No. 26143.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the offense of unlawfully selling whisky in a dry area, and his punishment assessed at one day in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

## JOHNSON v. STATE.
### No. 26144.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of an alcoholic beverage in a dry area; the punishment, one day in jail.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment is affirmed.